1012

No. 675. ROTHWELL ET AL. *v.* LINZELL, DIRECTOR OF HIGHWAYS. Appeal from the Supreme Court of Ohio. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *John Caren, William S. Evatt* and *Robert L. Barton* for appellants. *C. William O'Neill,* Attorney General of Ohio, and *Hugh E. Kirkwood, Jr.,* Assistant Attorney General, for appellee.

No. 66. RIVERBANK LABORATORIES *v.* HARDWOOD PRODUCTS CORP. Certiorari, 350 U. S. 817, to the United States Court of Appeals for the Seventh Circuit. The order entered in this case on April 2, 1956, *ante,* p. 1003, is amended to provide for a remand of the case to the United States Court of Appeals for the Seventh Circuit.

No. 92. BLACK ET AL. *v.* CUTTER LABORATORIES. Certiorari, 350 U. S. 816, to the Supreme Court of California. The motion to continue this case to the next term is denied.

No. 451. RAILWAY EMPLOYES' DEPARTMENT, AMERICAN FEDERATION OF LABOR, ET AL. *v.* HANSON ET AL. Appeal from the Supreme Court of Nebraska. (Probable jurisdiction noted, 350 U. S. 910.) The motion of the State of South Dakota for leave to appear and present oral argument, as *amicus curiae,* is denied.

No. 546, Misc. BALDWIN *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus denied.

No. 624, Misc. DONNELL *v.* RAGEN, WARDEN. Motion for leave to file petition for writ of certiorari denied.